**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

# FILED

January 22, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ SL _____

DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v**<br><br>**(19) DEREK BYRD**<br>**Defendant** | **Case No. A-24-CR-100 (RP)**<br><br>**SUPERSEDING INFORMATION**<br><br>**Ct. 1: 21 U.S.C. § 846- Conspiracy to Possess with Intent to Distribute Controlled Substances** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

**Conspiracy to Possess with Intent to Distribute and Distribution of**
**a Controlled Substance, Cocaine**
**[21 U.S.C. § 846]**

Beginning in or around September 2022 and continuing through in or around May 2024, the exact dates being unknown, in the Western District of Texas and elsewhere, Defendant

**(19) DEREK BYRD**

did intentionally and knowingly combine, conspire, confederate, and agree with others both known and unknown to possess with intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
G. KARTHIK SRINIVASAN
ASSISTANT UNITED STATES ATTORNEY