

05/19/2025


To Whom It May Concern,


Re: Medical Release and Treatment Authorization Request for Mr. Derek Byrd


I am writing to formally request that Mr. Derek Byrd be temporarily released from custody in order to receive medically indicated neurosurgical care under my supervision.


Mr. Byrd is a 52-year-old male with a complex medical history following a traumatic brain and spinal injury sustained during an incident on January 20, 2023, in which he was physically assaulted by a police officer. Since that time, he has developed chronic, debilitating pain conditions involving his cervical and lumbar spine, along with persistent post-concussive symptoms and psychological sequelae, including PTSD, anxiety, depression, and flashbacks.


Diagnosis:

- Post-concussive syndrome with traumatic brain injury
- Cervical and lumbar posttraumatic radiculopathy
- Cervical disc herniations with spinal cord and nerve root compression (multi-level)and  spinal cord compression causing myelopathy
- Chronic intractable headaches
- Posttraumatic stress disorder (PTSD)
- Major depressive disorder and generalized anxiety

Advanced imaging (MRI Cervical and Lumbar Spine) demonstrates significant structural abnormalities at multiple spinal levels, including:

- Disc herniations from C2 through C7 with spinal cord compression and exiting nerve root encroachment

3910 S IH-35 Frontage Road Suite 100, Austin, TX 78704          Phone (512) 387-8779
14607 San Pedro Ave, Suite 120, San Antonio, TX 78232          Fax (877) 846-8325
                                                               www.bspine.com

  

- Lumbar disc derangement from L3 through S1 with stenosis, facet hypertrophy, and nerve impingement
- Abnormalities suggestive of traumatic radiculopathy and potential myelopathy at several levels
- Positive VNG results confirming vestibular and central sensory deficits consistent with TBI

He has undergone multiple conservative treatments, including occipital nerve blocks and IV ketamine infusions, which have provided partial and temporary relief. However, despite these efforts, Mr. Byrd continues to suffer from severe headaches (rated 10/10 in intensity), neck and back pain, dizziness, numbness, and bilateral lower extremity weakness—significantly impairing his function and quality of life. Surgical intervention is now medically indicated to prevent further neurologic deterioration and relieve intractable pain.

Request:

1. Medical Release for Surgery: I am urgently requesting that Mr. Derek Byrd be granted a temporary medical release from incarceration in order to undergo the necessary surgical and rehabilitative procedures.
2. Ongoing Care Approval: I also request official approval for Mr. Byrd to continue receiving his ongoing specialized treatment with me, as continuity of care is vital for managing his complex condition and for monitoring surgical recovery and rehabilitation outcomes.

Without appropriate surgical intervention and continuity of care, Mr. Byrd's condition is at high risk of further neurological damage and irreversible disability. I urge that this request be given immediate and compassionate consideration in the interest of Mr. Byrd's health and well-being.

Should further documentation be required, I am available to provide any supporting medical records, imaging, or clinical notes. Please contact my office directly at 512-537-3137.





Deshdeepak Sahni, MD

Neurosurgeon

Orthopedic Spine Surgery Fellowship trained

Diplomat, American Board of Clinical Neurosurgery